IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MATTHEW D. BARDIN                                                      PLAINTIFF

VS.                                    CASE NO. 07-CV-1079

JIMMIE SIMMS and
LONNIE PARANUK                                                         DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed on February 19, 2009, by the Honorable Barry A. Bryant, United States District Judge for the Western District of Arkansas. (Doc. No. 25). Ten (10) days have passed without objections being filed by the parties. The Court adopts *in toto* the Magistrate's findings and recommendations.

The Court finds that the Defendants' Motion for Summary Judgments should be and hereby is **granted.** Accordingly, Plaintiff's Complaint against the Defendants is hereby dismissed with prejudice.

IT IS SO ORDERED, this 13th day of March, 2009.

                                            /s/Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            United States District Judge